IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. SWANSON,

    Petitioner,                    No. CIV S-05-2185 GEB DAD P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se with a petition for writ of habeas corpus, has requested that this action be dismissed as duplicative of a second case filed on the same date. Petitioner states that the petition filed in case No. CIV S-05-2185 is incomplete, while the petition filed in case No. CIV S-05-2206 MCE KJM P is complete and was filed with a related document. In light of the fact that both cases were opened on the same date, the court will honor petitioner's request to dismiss the case that was opened first. See Fed. R. Civ. P. 41(a); see also Rule 11, Fed. R. Governing Habeas Corpus Cases Under § 2254. The filing fee applied to this case will be applied to case No. CIV S-05-2206 MCE KJM P.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's December 5, 2005 motion for dismissal of case due to duplication is granted;

1

1          2. The court's records shall be amended to reflect that the $5.00 filing fee
2 received from petitioner on October 31, 2005, receipt number 201 10916, is the filing fee for case
3 No. CIV S-05-2206 MCE KJM P, and the dockets of both cases shall so reflect;
4          3. The Clerk of the Court shall serve a copy of this order on the Financial
5 Department of the Court;
6          4. The Clerk of the Court shall file a copy of this order in case No. CIV S-05-
7 2206 MCE KJM P; and
8          5. This action is dismissed without prejudice to further proceedings in case No.
9 CIV S-2206 MCE KJM P.
10 DATED: April 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
swan2185.159

2